UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
:          17-CV-2386 (ARR) (VMS)
BILLY J. POTTS, BRIAN CLARKE, and ALBERTO          :
FLORENTINO,          :          NOT FOR ELECTRONIC
:          OR PRINT PUBLICATION
                    Plaintiffs,          :
:          ORDER
          -against-          :
:
:
POSTAL TRUCKING COMPANY and CLIFTON B.          :
FINKLE,          X

                    Defendants.

--------------------------------------------------------------------

ROSS, United States District Judge:

          The court has received the Report and Recommendation on the instant case dated

December 30, 2021, from the Honorable Vera M. Scanlon, United States Magistrate Judge.  The

deadline for filing objections has passed and no objections have been filed.  Accordingly, the

court has reviewed the Report and Recommendation for clear error on the face of the record.  See

Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface

Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y.

May 19, 2011).  Having reviewed the record, I find no clear error.  I hereby adopt the Report and

Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

          Therefore, defendants' motion to enforce the alleged settlement is denied.

SO ORDERED.

                                        _____/s/_____
                                        Allyne R. Ross
                                        United States District Judge

1

Dated:        March 3, 2022
              Brooklyn, New York